IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 26 2014

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

| | |
|---|---|
| JEREMY FALCONE, | Cause No.: 4:14 cv 573 JM |
| Plaintiff, | Division: |
| vs. | FELA – Personal Injuries |
| UNION PACIFIC RAILROAD COMPANY, | JURY TRIAL DEMANDED |
| Serve: The Corporation Company | |
| 124 W. Capitol Ave., Ste. 1900 | |
| Little Rock, AR 72201 | This case assigned to District Judge Moody |
| Defendant. | and to Magistrate Judge Deere |

## COMPLAINT

Plaintiff Jeremy Falcone, by and through counsel, Schlichter, Bogard & Denton LLP and states as follows for his Complaint against Defendant Union Pacific Railroad Company.

### Jurisdiction

1. This action arises under the Federal Employers' Liability Act ("FELA"), 45 U.S.C. § 51 *et seq.*

2. The jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 1331.

### Venue

3. Venue of this action properly lies in the United States District Court for the Eastern District of Arkansas, Western Division, pursuant to 28 U.S.C. § 1391(b), because:

   (a)  The Defendant resides within this district;

   (b)  A substantial part of the events or omissions giving rise to the claims occurred within this district; and,

   (c)  The Defendant may be found within this district.

## Parties

4.    Plaintiff Falcone, employed by Defendant as a welder, was working in furtherance of Defendant's interstate transportation and commerce at the time of his injury on or about February 9, 2013.

5.    Defendant is a foreign corporation which is authorized by law to, and does, operate a business by railroad in several states, including the State of Arkansas, and is engaged in interstate transportation and commerce.

## COUNT I - FELA

6.    On or about February 9, 2013 Plaintiff sustained injuries to his right shoulder and head when he was walking through the locomotive and fell through the floor of the locomotive, and his injuries were caused by one or more of the following acts of negligence of the Defendant acting through its agents, servants, or employees, singularly or in combination:

   a.    It failed to provide the plaintiff with a reasonably safe place to work;

   b.    It failed provide the plaintiff with reasonably safe conditions to work;

   c.    It failed to provide the plaintiff with reasonably safe equipment for work;

   d.    It failed to adequately inspect and maintain its equipment; and,

7.    As a result, in whole or in part, of one or more of these negligent acts or omissions Plaintiff has suffered painful, progressive, permanent and disabling injuries to his right shoulder and head; he has sustained injuries to the soft tissues, ligaments, tendons, muscles, blood vessels and nerves of his right shoulder and head; he has been caused to undergo severe pain and suffering; he has suffered psychological and emotional injury, mental anguish and anxiety and will continue to suffer psychological and emotional injury, mental anguish and anxiety in the future; has suffered and will continue to suffer severe pain with limitation of

Case 4:14-cv-00573-JM Document 1 Filed 09/26/14 Page 3 of 3

movement and function and loss of full use of his left right shoulder and head; he has been required to undergo necessary medical, hospital and therapeutic care and treatment and will be required to undergo additional medical, hospital and therapeutic care and treatment in the future; he has incurred medical care and treatment expenses, and will continue to incur medical care and treatment expenses in the future; he has lost wages, benefits, and earning capacity and will continue to lose wages, benefits, and earning capacity in the future; all to his damage.

ACCORDINGLY, Plaintiff requests judgment against Defendant Union Pacific Railroad Company in a sum which is fair and reasonable in excess of $75,000.00, plus costs.

SCHLICHTER, BOGARD & DENTON

_____
NELSON G. WOLFF Fed #37998; AR #2006002
JASON P. KELLY MO #53896
100 South Fourth Street, Suite 900
St. Louis, Missouri 63102
(314) 621-6115
(314) 621-7151 (fax)
nwolff@uselaws.com
jkelly@uselaws.com

3